No. 11–1106.   YOON JA KIM v. EARTHGRAINS CO., NKA EARTH-
GRAINS BAKERY GROUP, INC.   C. A. Fed. Cir.   Certiorari denied.

No. 11–1108.   BYRD v. TENNESSEE BOARD OF CHIROPRACTIC
EXAMINERS.   Ct. App. Tenn.   Certiorari denied.

No. 11–1116.   SALARD, AS TUTOR, ON BEHALF OF L. A. S.
ET AL. v. SALARD.   C. A. 5th Cir.   Certiorari denied.

No. 11–1132.   MILLMAN ET AL. v. INGLISH ET AL.   C. A. 9th
Cir.   Certiorari denied.

No. 11–1162.   MACPHERSON v. JPMORGAN CHASE BANK, N. A.
C. A. 2d Cir.   Certiorari denied.

No. 11–1163.   MAYFIELD v. UNITED STATES.   C. A. 5th Cir.
Certiorari denied.

No. 11–1167.   CITY OF SYRACUSE, NEW YORK v. LEE.   C. A.
2d Cir.   Certiorari denied.

No. 11–1186.   PENINGER v. UNITED STATES.   C. A. 4th Cir.
Certiorari denied.

No. 11–1190.   LOPEZ v. TERRELL, WARDEN, ET AL.   C. A. 2d
Cir.   Certiorari denied.

No. 11–1199.   MITRANO v. UNITED STATES.   C. A. 1st Cir.
Certiorari denied.

No. 11–1202.   JAENSCH v. UNITED STATES.   C. A. 4th Cir.
Certiorari denied.

No. 11–7668.   LIVINGSTON v. UNITED STATES.   C. A. 3d Cir.
Certiorari denied.

No. 11–7794.   TAYLOR v. DELAWARE.   Sup. Ct. Del.   Certiorari
denied.

No. 11–7975.   SAVARIRAYAN v. WHITE COUNTY COMMUNITY
HOSPITAL ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 11–8055.   BERRY v. UNITED STATES.   C. A. 5th Cir.   Cer-
tiorari denied.